UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-mj-1014-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| ASHLEY ALEXIS MILLER ) | |
| ) | |

The United States Attorney charges that:

### Count One

On or about November 20, 2016, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ASHLEY ALEXIS MILLER, did knowingly, intentionally, and unlawfully possess an amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844.

### Count Two

On or about November 20, 2016, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ASHLEY ALEXIS MILLER, did knowingly, willfully, and unlawfully go upon Marine Corps Air Station, New River, to wit: come aboard the installation, without authorization and in violation of

MCI-East MCB CAMLEJO 5560.2, in violation of the provisions of Title 18, United States Code, Section 1382.

JOHN STUART BRUCE
United States Attorney

By: _____
NATHAN M. COX
Special Assistant U.S. Attorney
Criminal Division