AO 86A (Rev. 4/91) Consent to Proceed—Misdemeanor

FILED IN OPEN COURT
ON 2-8-17
Julie Richards Johnson, Clerk
US District Court
Eastern District of NC

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | CONSENT TO PROCEED BEFORE |
| V. | UNITED STATES MAGISTRATE JUDGE |
| ASHLEY ALEXIS MILLER | IN A MISDEMEANOR CASE |

CASE NUMBER: 7:17-MJ-1014-RJ

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: **Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment, and sentencing before a United States magistrate judge.**

X _Ashley Alexis Miller_ Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: **Waive (give up) my right to trial by jury.**
Defendant

Consented to by United States _signature_
NATHAN H. COX, SAUSA
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: **Waive (give up) my right to have at least thirty days to prepare for trial.**

X _Ashley Alexis Miller_ Defendant

_signature_ Defendant's Attorney (if any)

Approved By: _signature_ U.S. Magistrate Judge

Date 2-8-17

Case 7:17-mj-01014-RJ Document 5 Filed 02/08/17 Page 1 of 1